164 A.3d 1058

IN THE MATTER OF AIMAN IBRAHIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 035032008)

July 19, 2017

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–215, concluding that the formal ethics complaint filed against **AIMAN IBRAHIM** of **TOTOWA**, who was admitted to the bar of this State in 2008, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal complaint against **AIMAN IBRAHIM** in District Docket No. XI–2014–0005E, is hereby dismissed.